# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              Case No.: 19-17555
                                          :         Chapter 13
Robert M. Ellis                           :
                                          :
                                          :
                  Debtor.                 :
                                          :

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2020, I electronically filed the Debtor's 3rd Amended Chapter 13 Bankruptcy Plan with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Chapter 13 Trustee, the United States Trustee and the Debtor's Creditors as well as sent said Amended Plan by First Class U.S. Mail to the rest of the Debtor's Creditors listed on the mailing matrix.

DATED:  June 1, 2020                    /s/ Alexander G. Tuttle_____

                                        Alexander G. Tuttle, Esq.