# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert M. Ellis <br>        Debtor(s) <br><br> New Residential Mortgage, LLC, its successors and/or assigns <br>        Movant <br>    vs. <br><br> Robert M. Ellis <br>        Debtor(s) <br><br> Kenneth E. West Esq. <br>        Trustee | CHAPTER 13 <br><br> NO. 19-17555 ELF <br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion for Relief of New Residential Mortgage, LLC, which was filed with the Court on or about **October 26, 2021 (Doc. No. 45)**.

                 Respectfully submitted,


                 /s/ Rebecca A. Solarz, Esq.
                 _____

                 Rebecca A. Solarz, Esquire
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA  19106
                 Phone: (215)-627-1322

Dated: December 21, 2021