Certificate Number: 05781-PAE-DE-039352298

Bankruptcy Case Number: 19-17555



05781-PAE-DE-039352298

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 18, 2025, at 12:25 o'clock PM PST, Robert Ellis completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 18, 2025              By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President