United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert M Ellis  
    Debtor

Case No. 19-17555-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Mar 24, 2025      Form ID: 138OBJ      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert M Ellis, 1349 Oakdale Drive, Pottstown, PA 19464-2783 |
| 14434215 | + | Ditech, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 14434216 | + | Lower Pottsgrove Township, 2199 Buchert Road, Pottstown, PA 19464-3042 |
| 14434217 | + | Lower Pottsgrove Township Authority, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14454732 | + | Lower Pottsgrove Township Municipal Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14454733 | + | Lower Pottsgrove Township Municipal Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14434224 | + | Tracey Ellis, 1349 Oakdale Drive, Pottstown, PA 19464-2783 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 25 2025 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14502720 | + | Email/Text: bnc@bass-associates.com | Mar 25 2025 00:01:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Tucson, AZ 85712-1097 |
| 14665006 | ^ | MEBN | Mar 24 2025 23:57:59 | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 14443279 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2025 00:08:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14434218 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2025 00:08:33 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14434219 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 25 2025 00:01:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14462341 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 25 2025 00:01:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14434220 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2025 00:01:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14465976 | | Email/Text: mtgbk@shellpointmtg.com | Mar 25 2025 00:01:00 | NewRez LLC dba Shellpoint Mortgage Serv, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14434221 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2025 00:01:00 | PA Dept of Revenue, PO Box 28096, Harrisburg, PA 17128-0001 |
| 14434222 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2025 00:08:26 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14449162 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2025 00:08:47 | Portfolio Recovery Associates, LLC, POB 41067, |

Case 19-17555-amc   Doc 70   Filed 03/26/25   Entered 03/27/25 00:36:42   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2025 | Form ID: 138OBJ | Total Noticed: 22 |

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14442100 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2025 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14434223 | + | Email/Text: bncmail@w-legal.com | Mar 25 2025 00:01:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14901987 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 25 2025 00:01:00 | U.S. Bank National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 amps@manleydeas.com |
| ALEXANDER G. TUTTLE | on behalf of Debtor Robert M Ellis agt@tuttlelegal.com 7043@notices.nextchapterbk.com;tuttle.alexanderr102490@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor New Residential Mortgage  LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lower Pottsgrove Township Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 69 − 59

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Robert M Ellis ) Case No. 19−17555−amc
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 24, 2025         For The Court

Timothy B. McGrath
Clerk of Court